WILLIS, ET AL. *v.* JOHNSON, ADMR. ET AL.

*Appeal from Arkansas Circuit Court.*

McCLURE, C. J.

The doctrine laid down in the case of Wakefield *v.* Johnson, settles the law of this case.

The decree is affirmed.